# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 31, 2011

*Before*

RICHARD A. POSNER, *Circuit Judge*

JOEL M FLAUM, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 10-3446

| | |
|---|---|
| SALLY A. RANDALL and RONA C. PEPMEIER, | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| *Plaintiffs-Appellants*, | |
| and | |
| KAREN GOVERNOR and BARBARA JONES, | |
| *Proposed Intervening Plaintiffs/Appellants*, | No. 1:06-cv-00860-SEB-WGH |
| v. | |
| ROLLS-ROYCE CORPORATION, et al., | Sarah Evans Barker, |
| *Defendants-Appellees*. | *Judge*. |

**O R D E R**

The Court's opinion issued on March 30, 2011, is hereby amended as follows:

At the end of the first paragraph on page 2, lines 16 and 17, the references to "N.D." in the three district court opinions cited should be "S.D.".